UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD K. SERAFIN,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>THOMAS D. BROWN, SCHNEIDER NATIONAL CARRIERS, INC., ALLEN R. ENGLISH, ENGLISH TRUCKING, HERITAGE MOTOR FREIGHT, INC., CALDER J. GLASEBROOK<br><br>        Defendant(s). | Civil Action No. 2:21-cv-20429- ES-CLW |

## PLAINTIFF'S RULE 26(A) INITIAL DISCLOSURES

Plaintiff Ronald Serafin serves these initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff reserves his right to supplement these Initial Disclosures. By identifying certain individuals and categories of documents, Plaintiff does not waive, or intend to waive, but on the contrary, preserve and intend to preserve, all information and documents that are subject to the attorney-client privilege, the work product doctrine, and any other privilege available under federal or state statutory, constitutional, or common law.

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support their claims and defenses.**

    RESPONSE:

    a.   Ronald Serafin
    Contact Information:
    32 Major Street
    Clifton, N.J. 07013
    Subject of Information: Plaintiff

    b.   Carla Loaiza, PT, DPT
    Contact Information:
    AllCare Health Associates



DEFENDANT'S EXHIBIT B

        458 Union Boulevard
        Totowa, N.J. 07512
        <u>Subject of Information:</u>  Treating Doctor

c.    Joshua Rovner, M.D.
      <u>Contact Information</u>:
      Progressive Spine & Orthopaedics
      440 Curry Avenue, Suite A
      Englewood, N.J. 07631
      <u>Subject of Information:</u>  Treating Doctor

d.    Deepan Patel, M.D./Neil Sinha, M.D.
      <u>Contact Information</u>:
      Garden State Pain Control Center
      1117 Route 46 East, Suite 301
      Clifton, N.J. 07013
      <u>Subject of Information:</u>  Treating Doctor

e.    Paramus MRI
      <u>Contact Information:</u>
      30 West Century Road, Suite 100
      Paramus, N.J. 07652
      <u>Subject of Information:</u>  Diagnostic Testing

f.    McBride Imaging
      <u>Contact Information:</u>
      1167 McBride Avenue, Suite 3
      Woodland Park, N.J. 07424
      <u>Subject of Information:</u>  Diagnostic Testing

g.    New Jersey Imaging Network - Clifton
      <u>Contact Information:</u>
      1339 Broad Street
      Clifton, N.J. 07013
      <u>Subject of Information:</u>  Diagnostic Testing

h.    Redi Diagnostics Corp
      <u>Contact Information:</u>
      One Broadway
      Elmwood Park, N.J. 07407
      <u>Subject of Information:</u>  Diagnostic Testing

i.    Thomas D. Brown/Schneider National Carriers, Inc.
      <u>Contact Information</u>: c/o Bressler, Amery & Ross, P.C.
      <u>Subject of Information:</u>  Defendants

  j.  Allen R. English/English Trucking/Heritage Motor Freight, Inc.
    <u>Contact Information</u>: c/o Fleischner Potash, LLP
    <u>Subject of Information</u>: Defendants

  k.  Calder Glasbrook
    <u>Contact Information</u>: c/o Kiernan Trebach, LLP
    <u>Subject of Information</u>: Defendant

2. **A copy, or description by category and location, of all documents, electronically stored information, and tangible things in Plaintiff's possession, custody, or control it may use to support their claims or defenses.**

  **RESPONSE:**

  a)  See attached Traffic Crash Report and Narrative

  b)  See attached diagnostic reports from Redi Diagnostics Corp (MRI cervical/lumbar spine 1/28/20), Paramus MRI (right shoulder, left shoulder, right knee, left knee 5/21/20), Garden State Pain Control Center (EMG/NCS Test 2/11/20), Paramus MRI (lumbar spine 1/5/21, cervical spine 9/9/21)

  c)  See attached operative reports of Garden State Pain Control (6/4/20, 6/11/20, 6/18/20, 6/25/20, 5/19/22, 5/26/22), Clifton Surgery Center (2/28/20, 3/13/20, 6/8/20, 7/10/20, 7/15/20, 6/16/21, 2/28/22, 4/8/22, 5/11/22), Hudson Regional Hospital (9/9/20, 1/29/21, 11/17/21);

  d)  See attached medical bills.

3. **A computation of each category of damages claimed by Plaintiff's.**

  **RESPONSE:**

  Plaintiff seeks damages in the following categories: (a) pain and suffering, medical bills and other expenses, (b) interest, and (c) such other relief the Court deems equitable and fair. **$8.835 Million**

4. **Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment or to indemnify or reimburse for payments made to satisfy the judgment.**

3

**RESPONSE:**

Unknown.

5.  **The identity of any witness who may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.**

    **RESPONSE:**

    All medical care providers listed in number 1 may be called as witnesses at the time. Additionally, any liability experts that provide a report, may also be called as witnesses at the time of trial. Plaintiff reserves the right to timely supplement this disclosure should such experts be retained in the future.

* * *

Plaintiff specifically reserves the right to amend, modify, alter, supplement, and/or otherwise change the disclosures herein prior to trial of any case. These disclosures are made without any waiver of rights and defenses.

THE VESPI LAW FIRM, LLC

BY: _____
Damon A. Vespi
547 Union Blvd.
Totowa, NJ 07512
973-634-0292
*Attorneys for Plaintiff*

Dated: July 20, 2022