IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RONALD K. SERAFIN,** ) | CASE NO. 4:22-CV-00467 |
| ) | |
| **Plaintiff,** ) | JUDGE BENITA Y. PEARSON |
| ) | |
| v. ) | |
| ) | **PLAINTIFF'S RESPONSE TO** |
| ) | **DEFENDANTS THOMAS D. BROWN** |
| **THOMAS D. BROWN, et. al.** ) | **AND SCHNEIDER NATIONAL** |
| ) | **CARRIERS, INC.'S FIRST REQUEST** |
| **Defendants.** ) | **FOR PRODUCTION OF DOCUMENTS** |
| ) | |
| ) | |

To:

Timothy P. Roth, Esq. (troth@gallaghersharp.com)
Gallagher Sharp, LLP
1215 Superior Avenue, 7th Fl
Cleveland, IOH 44114
*Attorneys for Defendants Thomas D. Brown and Schneider National Carriers, Inc.*

Mary Jane Dobbs, Esq. (mjdobbs@bressler.com)
Bressler Amery & Ross
325 Columbia Turnpike
Florham Park, N.J. 07932

Joseph S. Kavesh, Esq. (jkavesh@kiernantrebach.com)
Kiernan Trebach, LLP
2001 UD Highway 46, Suite 502
Parsippany, N.J. 07054
*Attorneys for Defendant/Cross-Claimant Calder J. Glasebrook*

John Tarkowsky, Esq. (jtarkowsky@tarklaw.com)
TARKOWSKY & PIPER, CO., L.P.A
3 N. Main Street, Suite 500
Mansfield, Ohio 44902
*Attorneys for Defendants Allen R. English, English Trucking, Heritage Motor Freight, Inc.*



1. See medical bills attached to Plaintiff's Answers to Interrogatories.

2. See medical records attached to Plaintiff's Answers to Interrogatories.

3. See physical therapy records attached to Plaintiff's Answers to Interrogatories.

4. See PIP ledger and medical bills attached to Plaintiff's Answers to Interrogatories.

5. See attached color copies of 16 photos depicting the accident scene and damage to all vehicles. See attached sheets of 48 photos depicting Mr. Serafin's 9/9/20 surgery taken by Dynamic Evidence.

6. To be supplied.

7. To be supplied.

8. See all documents attached hereto and attached to Plaintiff's Answers to Interrogatories.

9. To be supplied throughout the course of ongoing discovery.

10. To be supplied.

11. AT&T; 973-418-4239