**ADM Consulting Group**
**8 Birchwood Drive**
**Stockholm, NJ 07460**

Phone 973-737-4319      Fax 973-721-1786      Email Linda@ADMConsultingGroup.com

March 20, 2023

Mr. Damon Vespi, Esq.
The Vespi Law Firm, LLC
547 Union Boulevard, 2nd Floor
Totowa, NJ 07512

### Cost Projection for Ronald Serafin

      This file was referred for the preparation of a cost projection for future medical care and treatment for Ronald Serafin, secondary to injuries sustained on December 18, 2019. The purpose of this cost projection is to inform all parties of the estimated or expected treatments and associated costs over a lifetime or throughout a medical event.

This cost projection was prepared using:

1. Standards of care treatment patterns for the condition or diagnoses with focus on the medical needs related to the primary injury.

2. A comprehensive review of the available medical records and the pertinent documents provided by the referring party.

3. Researched data and clinical practice guidelines of the listed diagnoses for foundation and support of the recommendations. The guidelines we relied upon will be noted on the attached cost projection table and will be available upon request.

4. Calculations of medical treatment needs, and associated costs based on standard life care planning methodology which includes median range and geographic-specific private pay costs.

5. Sound medical, rehabilitation, nursing, case management, and psychological principles for foundation and support of the recommendations.

**General Information**

**Name:** Ronald Serafin
**Gender:** Male
**Date of Birth:** 9/24/1984
**Date of Events:** 12/18/2019
**Present Age:** 38.5
**Address:** 32 Major Street, Clifton, NJ 07013


DEFENDANT'S EXHIBIT
**E**

**Records Reviewed:**

- Narrative Report of Joshua S. Rovner, M.D.
- Narrative Report of Neil Sinha, M.D. and Deepan Patel, M.D.
- Records and Billing of Clifton Surgery Center
- Records and Billing of Garden State Pain Control
- Billing of Oradell Anesthesia Associates, LLC
- Billing of Accurate Monitoring, LLC
- Records and Billing of AllCare Health Associates
- Billing of Alteon Health
- Billing of Apex Medical Professionals
- Billing of Aztec Medical, PA
- Records and Billing of Hudson Regional Hospital
- Billing of Lane Life Trans
- Billing of McBride Imaging
- Billing of Meadowlands Cardiology, PC
- Billing of Mercy Health
- Billing of MK Supply and Tech, Inc.
- Billing of Neurological Partners of Hudson County, PA
- Billing of Neurophysiologic Interpretive Specialists, LLC
- Billing of New Jersey Imaging Network, LLC
- Records and Billing of Paramus MRI, LLC
- Billing of Progressive Spine and Orthopaedics
- Records of Walgreens
- Plaintiff's rule 26A Initial Disclosures
- Traffic Crash Report - Ohio Department of Public Safety
- Records of Redi Diagnostics Corp
- Payment Ledger
- Deposition of Ronald K. Serafin
- Future care recommendations form from Dr. Rovner

**Brief description of events and medical care as noted in the records:**

- Ronald Serafin, a 38.5-year-old male, injured his neck, low back, bilateral shoulders, and bilateral knees on 12/18/2019.  He was taken to St. Elizabeth's Hospital in Youngstown, Ohio via ambulance after experiencing increasing neck/back pain and headaches, dizziness, and nausea.  He was examined and released following CT scans.

2

- Mr. Serafin began a course of physical therapy and conservative care at AllCare Physical therapy.
- Mr. Serafin was referred to the pain management specialist, Neil Sinha, M.D. at Garden State Pain Control Center.
- Diagnostic images were obtained and electrodiagnostic studies were performed.
- He underwent a course of injection therapy to the lumbar spine, cervical spine, bilateral shoulders, and bilateral knees.
- Mr. Serafin underwent an L5-S1 lumbar percutaneous disc decompression on 3/13/2020 with Dr. Sinha at Clifton Surgery Center.
- He was referred to the orthopedic surgeon, Deepan Patel, M.D., and the spine surgeon, Joshua Rovner, M.D.
- Mr. Serafin underwent left shoulder arthroscopic surgery on 7/15/2020 at Clifton Surgery Center.
- On 9/9/2020, Mr. Serafin underwent a lumbar discogram with intraoperative interpretation at L4/L5, L5/S1, and a left sided L5/S1 minimally invasive discectomy with Dr. Rovner at Hudson Regional Hospital.
- On 1/29/2021, Mr. Serafin underwent an anterior lumbar interbody fusion at L5/S1, anterior placement of titanium interbody cage at L5-S1, morselized allograft/local autograft/bone marrow aspirate, and anterior instrumentation at Hudson Regional Hospital.
- On 6/16/2021, Mr. Serafin underwent arthroscopic surgery on his right knee at Clifton Surgery Center.
- On 11/17/2021, Mr. Serafin underwent an anterior cervical disc arthroplasty at C6/C7 at Hudson Regional Hospital.
- On 5/11/2022, Mr. Serafin underwent arthroscopic surgery of the left knee at Clifton Surgery Center.
- On 8/17/2022, Mr. Serafin underwent arthroscopic surgery of the right shoulder at Clifton Surgery Center.
- In the 2/26/2023 narrative report, Dr. Sinha and Dr. Patel opined, "The injuries sustained by this patient as a consequence of the MVA on 12/18/2019 are permanent in nature and will likely affect his activities of daily living.  The patient will require further treatment including physical therapy and medication management.
- In the 3/20/2023 narrative report, Dr. Rovner opined:

3

- ○ "The current prognosis for the cervical injuries sustained as a result of the 12/18/19 accident is guarded.  For further treatment and based on his cervical MRI dated 02/04/20, I would recommend an anterior cervical discectomy and fusion at the same level at C6/C7. The approximate cost of this one level fusion surgery is $500,000 that will include hospital charges, pain management, and physical therapy. The C6/C7 level of his cervical spine will never be normal whether or not further surgery is done".

- ○ "The current prognosis for the lumbar spine injuries sustained as a result of the 12/18/19 motor vehicle accident is guarded. Mr. Serafin underwent anterior lumbar interbody fusion at L5/S1 and anterior placement of titanium interbody cage at this level. For further treatment and based on the CT-scan of the lumbar spine, dated 08/18/21, I would recommend extension of the fusion at L4/L5. The approximate cost of this one level fusion surgery is $600,000 that will include hospital charges, pain management, and physical therapy.

- ○ Mr. Serafin will, more likely than not, have permanent pain due his neck and lower back conditions which may, at times, be severe. He certainly has an increased risk of arthritis to his neck and back due to his injuries.

- ○ Patient will also, more likely than not, need further treatment in the form of medication, physical therapy, and pain management to help cope with his symptoms. He will, more likely than not, have flare-ups of pain and disability that will require urgent medical attention."

- ○ " In addition, the patient will require the following medical treatment including, but not limited to, physical therapy, pain management care, epidural injections, trigger point injections, repeat MRIs, future lumbar fusion, future cervical fusion, lumbar spinal stimulator, medications, and home aid assistance?"

**Sources of Cost Factoring:**

Costs are based on available private pay mid-range pricing quoted by The Physicians Fee Reference 2023 with geographic multiplier 1.137, Fair Health Benchmark Geo Zip 070, Official Disability Guidelines, and internet research per life care planning usual practice.

Life Expectancy based on the National Vital Statistics Reports, Vol. 71, No. 1, August 8, 2022; United States, 2020; Present age 38.5: 38.8 additional years to age  77.3.

4

**Factors for consideration:**
  **Diagnosis:**
- S/P Percutaneous disc decompression L5-S1 **(3/13/2020)**
- S/P Left shoulder arthroscopy, Type II SLAP repair, posterior labral repair/capsulorrhaphy, labral debridement, and glenoid superficial chondroplasty **(7/15/2020)**
- S/P Lumbar discogram with intraoperative interpretation at L4-5, L5-S1 and a left sided L5-S1 minimally invasive discectomy **(9/9/2020)**
- S/P Anterior lumbar interbody fusion at L5/S1, anterior placement of titanium interbody cage at L5/S1 **(1/29/2021)**
- S/P Right knee arthroscopy, medial meniscal repair, microfracture procedure intercondylar notch, and limited synovectomy/plica band resection **(6/16/2021)**
- S/P Anterior cervical disc arthroplasty at C6/C7 **(11/17/2021)**
- S/P Left knee arthroscopy, partial lateral meniscal debridement, patellar chondromalacia, and synovectomy with plica bands resection **(5/11/2022)**
- S/P  Right shoulder arthroscopy, debridement, decompression of subacromial space with partial acromioplasty, capsulorrhaphy  - **(8/17/2022)**

**Clinical practice guidelines reviewed:**

- VA/DoD Clinical Practice Guideline for Diagnosis and Treatment of Low Back Pain
- North American Spine Society Evidenced-based Clinical Guidelines for Multidisciplinary Spine Care. 2020 NorthAmericanSociety
- Official Disability Guidelines https://www.mcg.com/care-guidelines/care-guidelines
- https://www.physio-pedia.com/Neck_Pain:_Clinical_Practice_Guidelines

### Cost projection recommendations

**Routine Medical Evaluations – Table 1**

- Dr. Rovner recommended follow up appointments for assessment and treatment plan formation with a pain management specialist.  Mr. Serafin  may require more frequent evaluations during episodes of increased symptoms that do not respond to self-directed measures.  A spinal cord stimulator was recommended which will be monitored by the pain management specialist. Additional office evaluations will increase the cost of his care.

5

- Dr. Rovner indicated Mr. Serafin will require additional surgical procedures.  He will require periodic follow up with an orthopedic specialist for assessment and surgical treatment plan formation.
- The narrative report of Dr. Rovner and clinical practice guidelines note Mr. Serafin's injuries are at increased risk for arthritis.  Treatment to the cervical spine, lumbar spine, bilateral shoulders, and bilateral knees can be more than noted based on his symptoms.

**Projected Therapeutic Evaluations – Table 2**

- Mr. Serafin is just 38.5 years old. He underwent numerous pain management and surgical procedures.  His injuries are permanent and the records note he will experience pain and functional limitations for the rest of his life.  An annual evaluation with a psychologist is recommended to help Mr. Serafin cope with the life changes he has experienced. The treating specialist will determine the duration psychological intervention which will increase the cost of his care.

**Diagnostic Testing – Table 3**

- Mr. Serafin  will require periodic diagnostic testing to monitor his status and formulate a treatment plan.  Dr. Rovner recommended x-rays and MRI's.
- Dr. Rovner indicated additional cervical and lumbar surgery will be needed at some point. Updated diagnostic tests will be needed for surgical planning.
- Mr. Serafin's deposition transcript note he continues to experience painful knees and shoulders. Guidelines recommend periodic evaluations. All diagnostic tests will be recommended by the specialists based on his symptoms.

**Therapeutic Modalities – Table 4**

- Dr. Rovner recommended physical therapist for symptom management.  Direct access rulings will enable Mr. Serafin to attend physical therapy as needed without a prescription from a medical doctor.  Additional sessions with a licensed therapist will increase the cost of his care.  Evaluations are done at the start of treatment to assess his status and formulate the treatment plan. An evaluation is done again at the end of treatment to evaluate the benefits of therapy and to create a home program.

**Pharmacology - Table 5**

- Mr. Serafin  uses over the counter and prescription medication to manage his symptoms.
- As needed medication is recommended and used according to symptoms which are subject to change.
- The average of typical oral and topical medications used for pain and spasms are included for cost projecting purposes.

**Equipment, Aids and Accessories – Table 6**

- A bathmat is recommended for safety.  These items are replaced periodically as they are subject to wear and tear and the effects of moisture.
- Mr. Serafin's deposition transcript stated he has difficulty with activities that require reaching and bending.  A reacher/grabber tool will enable him to retrieve items as needed independently.
- Ice or heat is used for self-directed symptom management.  These items were recommended by Dr. Rovner and are replaced periodically to be on hand when needed.
- Dr. Rovner recommended cervical and lumbar support cushions, a lumbar support belt and a TENS unit.  These items are subject to wear and tear and replaced periodically.

**Future Surgical Intervention – Cervical Fusion Revision – Table 7**

- Dr. Rovner noted Mr. Serafin will require a cervical fusion and an extension of the lumbar fusion.  The global cost for these procedures was provided in the narrative report and include surgeons fees, facility fees, anesthesia, hardware, post op rehab, and pain management.
- Prior to any surgery, Mr. Serafin  will require medical clearance.  The PCP or internist will assess his risks and order the diagnostic tests needed for clearance.  Typically, this incudes blood work, an EKG, and a chest x-ray.  For cost projecting purposes, these tests will be used.  Additional tests for medical clearance will increase the cost of his care.

**Pain Management – Table 8**

- Dr. Rovner recommended a spinal cord stimulator and periodic interventional pain management procedures as noted on table 8.
- The spinal cord stimulator is revised or replaced every 7-10 years.

**Home Care/Home Services – Table 7**

- Mr. Serafin's deposition transcript notes he has difficulty performing activities that require lifting, reaching, bending, twisting, pushing, pulling, running, jumping, kneeling, squatting, prolonged walking, prolonged standing.
- The services of a homemaker are recommended weekly to perform heavy shopping, heavy cleaning, home organization, heavy errands that require carrying food and packages  . There may be weeks where he requires more help than others.  For cost projecting purposes, 3 hours per week is included to be used as needed.

**Summary and Conclusions**

The attached cost projection is based on current dollars and does not reflect inflationary trends in the healthcare industry. The report may be amended or supplemented upon receipt of

additional medical records or evaluations.  The opinions expressed in this report are held to a reasonable degree of life care planning certainty.

This cost projection is not to be used in lieu of a life care plan as there was no client assessment or collaboration with treating providers or experts on this case. This report does not address loss of wages or vocational concerns.

Base costs are broken out for itemization in the attached cost projection tables, as well as an estimation of lifetime expenditures based upon Ronald Serafin's current age of 38.5 years old, and an estimated 38.8 years additional life expectancy.

The estimated future care of Ronald Serafin is: **$ 3,893,516.33**
Sincerely,

Linda Lajterman, RN, CCM, CDMS, ABDA, CLCP
Attachments:  Cost projection for Ronald Serafin

8

## Cost projection for Ronald Serafin

| Table | | |
|---|---|---|
| 1 | Routine Medical Care | $41,031.00 |
| 2 | Therapeutic Evaluations | $8,768.80 |
| 3 | Diagnostic Testing | $259,592.00 |
| 4 | Therapeutic Modalities | $187,792.00 |
| 5 | Medication | $7,930.72 |
| 6 | Equipment | $6,699.20 |
| 7 | Future Surgical Intervention | $1,101,406.94 |
| 8 | Pain Management | $2,104,764.47 |
| 9 | Home Care/Home Services | $175,531.20 |
| | TOTAL | $3,893,516.33 |

2

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Routine Medical Evaluations – Table 1

| Medical Specialists | Start year | End year | Years | Frequency (per year) | Cost | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Pain management 2-3 x year through life | 38.5 | 77.3 | 38.8 | 3 | $235.00 | $705.00 | $27,354.00 | Ongoing care - Recommended by Dr. Rovner |
| Orthopedics 1-2 x per year | 38.5 | 77.3 | 38.8 | 1.5 | $235.00 | $352.50 | $13,677.00 | Additional surgery recommended by Dr. Rovner- will require periodic assessments |

**TOTAL**                                                                            **$41,031.00**

**Sources:**

The Physicians Fee Reference 2023
Geographic Multiplier: 1.137
CPT code 99213,99214

Future care recommendations form from Dr. Rovner

3

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Projected Therapeutic Evaluations – Table 2

| Therapeutic Evaluations | Start year | End year | Years | Frequency (per year) | Cost Per Visit | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Psychological evaluation * | 38.5 | 77.3 | 38.8 | 1 | $226.00 | $226.00 | $8,768.80 | Evaluation for counseling needs due to pain and life changes - therapist to determine frequency of treatment |

**TOTAL** $8,768.80

**Sources:**
The Physicians Fee Reference 2023
Geographic Multiplier: 1.137
CPT Code - 90837
Recommended by Dr. Rovner
* Mr. Serafin stated in the deposition transcript he would like to have counseling.

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Diagnostic Testing – Table 3

| Diagnostic Testing | Start year | End year | Years | Frequency | Cost | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Cervical x-ray 1 x per year | 38.5 | 77.3 | 38.8 | 1 | $289.00 | $289.00 | $11,213.20 | Ongoing monitoring for treatment plan formation |
| Lumbar x-ray 1 x per year | 38.5 | 77.3 | 38.8 | 1 | $301.00 | $301.00 | $11,678.80 | Ongoing monitoring for treatment plan formation |
| Cervical MRI - 1 x | 38.5 | 77.3 | 38.8 | 1 | $2,771.00 | $2,771.00 | $107,514.80 | Ongoing monitoring for treatment plan formation |
| Lumbar MRI - 1 x | 38.5 | 77.3 | 38.8 | 1 | $2,900.00 | $2,900.00 | $112,520.00 | Ongoing monitoring for treatment plan formation |
| Knee x-ray 1 x per year - right and left | 38.5 | 77.3 | 38.8 | 2 | $207.00 | $414.00 | $16,063.20 | Ongoing monitoring for treatment plan formation |
| Shoulder x-ray 1 x per year - right and left | 38.5 | 77.3 | 1 | 2 | $301.00 | $602.00 | $602.00 | Ongoing monitoring for treatment plan formation- frequency will depend on symptoms |
| **TOTAL** | | | | | | | **$259,592.00** | |

**Sources:**

Future care recommendations from Dr. Rovner

The Physicians Fee Reference 2023

Geographic Multiplier: 1.137

| | | |
|---|---|---|
| MRI of lumbar spine | CPT code 72148 | $2,900.00 |
| MRI of cervical spine | CPT code 72141 | $2,771.00 |
| X Ray of lumbar spine | CPT code 72110 | $301.00 |
| X Ray of cervical spine | CPT code 738.85 | $289.00 |
| Xray Knee | CPT code 73562 | $207.00 |
| Xray shoulder | CPT code 73030 | $211.00 |

4

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Therapeutic Modalities – Table 4

| Therapeutic Modalities | Start year | End year | Years | Frequency (per year) | Cost Per Visit | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Physical therapy - neck and low back | 38.5 | 77.3 | 38.8 | 10 | $484.00 | $4,840.00 | $187,792.00 | Recommended by Dr. Rovner |
| Home exercise program - as directed | 38.5 | 77.3 | 38.8 | 365 | $0.00 | $0.00 | $0.00 | Program to be created by therapists |
| **TOTAL** | | | | | | | $187,792.00 | |

Sources:
The Physicians Fee Reference 2023
Geographic Multiplier: 1.137
CPT code 97110
Billing records in file
Future care recommendations form from Dr. Rovner

5

6

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Pharmacology - Table 5

| Medication | Start year | End year | Years | Frequency | Cost | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| As needed over the counter and prescription oral and topical medications | 38.5 | 77.3 | 38.8 | 365 | $0.56 | $204.40 | $7,930.72 | As needed medication is recommended and used according to symptoms which are subject to change |

**TOTAL** $7,930.72

Sources: Typical meds used for cervical and lumbar spine injuries per guidelines

https://www.goodrx.com/tramadol                                                                  $0.73  per tab
https://www.goodrx.com/tizanidine                                                                $0.70  per tab
https://www.goodrx.com/cyclobenzaprine                                                      $0.67  per tab
https://www.cvs.com/search?searchTerm=tylenol%20extra%20strength             $0.12  per tab
https://www.cvs.com/search?searchTerm=voltaren%20arthritis%20pain%20gel     $0.60  per dose
                                                                                                                      $2.82  Average - $.56

$7.00 - $31.00 per tube ($18.00)

1 x per month =$216 = $.60 per dose

7

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Equipment – Table 6

| Treatment | Start year | End year | Years | Frequency (per year) | Cost | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Bath mat - 1 x per year | 38.5 | 77.3 | 38.8 | 1 | $25.00 | $25.00 | $970.00 | Mats are replaced periodically, subject to wear and tear, moisture effects |
| Grabber/reacher 1 x per year | 38.5 | 77.3 | 38.8 | 1 | $14.00 | $14.00 | $543.20 | Replaced periodically - to retrieve items off the floor, high shelves |
| Hot/Cold pack | 38.5 | 77.3 | 38.8 | 1 | $25.00 | $25.00 | $970.00 | For self-directed symptom management |
| Cervical/lumbar support cushion | 38.5 | 77.3 | 38.8 | 1 | $40.00 | $40.00 | $1,552.00 | Recommended by Dr. Rovner - replaced periodically - subject to wear and tear |
| Lumbar support belt | 38.5 | 77.3 | 38.8 | 1 | $30.00 | $30.00 | $1,164.00 | Recommended by Dr. Rovner - replaced periodically - subject to wear and tear |
| TENS unit (rechargable) 1 x per 3-4 years | 38.5 | 77.3 | 10 | 1 | $150.00 | $150.00 | $1,500.00 | Recommended by Dr. Rovner |
| **TOTAL** | | | | | | | **$6,699.20** | |

Sources:

https://www.amazon.com/Gorilla-Grip-Original-Antibacterial-Phthalate

● https://amazon.com/heating-Microwavable-hotcompress

● https://www.amazon.com/FlexiKold-Gel-Pack

https://www.amazon.com/RMS-Inch-Extra-Reacher-Grabber

https://www.amazon.com/Alex-Orthopedic-Memory-Cervical-Cushion/dp/B00JR1VWRS

https://www.amazon.com/s?k=lumbar+support+belt&i=industrial&crid=1WGXI1EAGYK1B&sprefix=lumbar+support+belt%2Cindustrial%2C81&ref=nb_sb_noss_2

$21 - $40

https://treliev.com/product/premium-wired-tens-ems-system/

8

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

### Future Surgical Intervention – Lumbar and Cervical Fusion – Table 7

| Treatment | Start year | End year | Years | Frequency | Cost | One time cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Medical clearance - PCP and diagnostics | 38.5 | 77.3 | 2 | 2 | $703.47 | $1,406.94 | $1,406.94 | Will require medical clearance prior to anesthesia |
| ACDF C6/C7* | 38.5 | 77.3 | 1 | 1 | $500,000.00 | $500,000.00 | $500,000.00 | Noted in the narrative of Dr. Rovner - includes MD fees, Hospital charges, PT, pain management |
| Lumbar fusion extension - L4/L5* | 38.5 | 77.3 | 1 | 1 | $600,000.00 | $600,000.00 | $600,000.00 | Noted in the narrative of Dr. Rovner - includes MD fees, Hospital charges, PT, pain management |
| **TOTAL** | | | | | | | **$1,101,406.94** | |

**Sources:**

The Physicians Fee Reference 2023

Geographic Multiplier: 1.137

Narrative report of Dr. Rovner * Global cost - includes md, anesthesia and facility, hardware, post op therapy , pain management

Future care recommendations form from Dr. Rovner

Pre op testing typically includes EKG, Chest X-ray, Blood test

CPT codes: 71046 (chest x-ray )              $177. 00

CPT code 93000 (EKG)                            $91.00

CPT code 80050 (General Health Panel blood test)   $198.00

PCP                                                       $414.47

                                                          $703.47

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Pain Management – Table 8

| Treatment | Start year | End year | Years | Injections per year | Cost | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Psychological evaluation | 38.5 | | 1 | 1 | $226.00 | $226.00 | $226.00 | Required prior to stimulator trial |
| Pre op medical clearance | 38.5 | 77.3 | 1 | 1 | $703.47 | $703.47 | $703.47 | Will require prior to anesthesia - MD to determine tests needed |
| Dorsal column stimulator trial | 38.5 | 38.5 | 1 | 1 | $6,083.00 | $6,083.00 | $6,083.00 | Success will be determined with 50% symptom relief |
| Dorsal column stimulator implantation | 38.5 | 77.3 | 1 | 1 | $58,838.00 | $58,838.00 | $58,838.00 | Recommended by Dr. Rovner - cost per ODG |
| Stimulator revisions/replacement 1 x per 7-10 years | 47 | 77.3 | 3 | 1 | $58,838.00 | $58,838.00 | $176,514.00 | Will require periodic replacements/revisions |
| Cervical ESI 3 x per year for 38.8 years | 38.5 | 77.3 | 38.8 | 3 | $3,000.00 | $9,000.00 | $349,200.00 | Recommended by Dr. Rovner |
| Lumbar ESI 3 x per year for 38.8 years | 38.5 | 77.3 | 38.8 | 3 | $3,000.00 | $9,000.00 | $349,200.00 | Recommended by Dr. Rovner |
| Facet joint injections - cervical - 3 x per year for 38.8 years | 38.5 | 77.3 | 38.8 | 3 | $3,000.00 | $9,000.00 | $349,200.00 | Recommended by Dr. Rovner |
| Facet joint injections - lumbar -3 x per year for 38.8 years | 38.5 | 77.3 | 38.8 | 3 | $3,000.00 | $9,000.00 | $349,200.00 | Recommended by Dr. Rovner |
| RFA – cervical - 2 x per year for 38.8 years | 38.5 | 77.3 | 38.8 | 2 | $3,000.00 | $6,000.00 | $232,800.00 | Recommended by Dr. Rovner |
| RFA – lumbar – 2 x per year for 38.8 years | 38.5 | 77.3 | 38.8 | 2 | $3,000.00 | $6,000.00 | $232,800.00 | Recommended by Dr. Rovner |
| TOTAL | | | | | | | $2,104,764.47 | |

**Sources:**

Future care recommendations form from Dr. Rovner

The Physicians Fee Reference 2023

Geographic Multiplier: 1.137

\* Includes md fees, anesthesia and facility charges

Pre op testing typically includes EKG, Chest X-ray, Blood tests

| | |
|---|---|
| CPT codes: 71046 (chest x-ray ) | $177.00 |
| CPT code 93000 (EKG) | $91.00 |
| CPT code 80050 (General Health Panel blood test) | $198.00 |
| PCP | $424.00 |
| | $713.00 |

9

10

**Client: Ronald Serafin**
**Date of Birth: September 24, 1984**

## Home Care / Home Services – Table 9

| Treatment | Start year | End year | Years | Hours per year | Cost | Annual Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Homemaker 2-4 (3) hours per week  * | 38.5 | 77.3 | 38.8 | 156 | $29.00 | $4,524.00 | $175,531.20 | Assistance with heavy homemaking tasks** Recommended by Dr. Rovner |
| TOTAL | | | | | | | $175,531.20 | |

Sources:
https://www.genworth.com/aging-and-you/finances/cost-of-care.html
Homemaker            $29.00
* May require additional help during post op period and as he ages
** Can include heavy cooking, heavy shopping, laundry, heavy cleaning (tubs, floors, change bed linens etc)

## Linda Lajterman, RN, CCM, CDMS, ABDA, CLCP

~ 8 Birchwood Drive~ Stockholm, New Jersey 07460
Phone – 973-737-4319  ~ Email linda@admconsultinggroup.com

## E D U C A T I O N

University of Florida, Advanced Life Care Planning for Catastrophic Case Management, 1997, Post Graduate Certificate

Aegis Institute, Forensic Medical Fraud Investigation, 1995

Medical Legal Consulting Institute, 1994

Montclair State University, 1980 - 1982

The Charles E. Gregory School of Nursing, Registered Nurse, 1979

## L I C E N S U R E / C E R T I F I C A T I O N S

**Registered Nurse (RN)**
1979 - Present
New Jersey
License No.  NO69225

**Registered Nurse (RN)**
1984- Present - inactive
New York
License No. 367253

**Certified Disability Management Specialist (CDMS)**
1997- Present
Certification of Disability Management Specialists Commission
Rolling Meadows, IL
Certification No.  4226809

**Certified Case Manager (CCM)**
1996 - Present
Commission for Case Manager Certification
Rolling Meadows, IL
Certification No.  20691

**Certified Senior Disability Analyst and Fellow (ABDA)**
1996 - Present
American Board of Disability Analysts
Nashville, Tennessee
Certification No. 3524-96

**Certified Life Care Planner (CLCP)**
1997 - Present
International Commission on Healthcare Certification
Midlothian, Virginia
Certification No.  0188

**Linda Lajterman, RN, CCM, CDMS, ABDA, CLCP**
Page 2

## P R O F E S S I O N A L   E X P E R I E N C E

*ADM Consulting Group*                    *August  2018 - Present*
*Senior Disability Analyst*
*8 Birchwood Drive*
*Stockholm, NJ 07460*

Owner of independent consulting firm specializing in Life Care Planning,  Cost Projections,
and private case management.


*Independent Disability Management Consultant   February 2017 – August 2018*

*Life Care Specialists, LLC*              *2009 - 2014*
*37 Roandis Court*
*Ramsey, NJ 07460*

Owner of independent consulting firm specializing in Life Care Planning, Catastrophic Case
Management, Elder Care Management, Cost Projections, and Medical Bill Audits. Client list
includes Plaintiff/Defense Counsel, Insurance Companies, Private Employer Groups, Bank
Trustee's, and Private Families.

*ADM Associates Inc.*                     *1995 - 2009*
*37 Roandis Court*
*Ramsey, NJ   07446*
*201-962-8026*

Owner of independent consulting firm specializing in Life Care Planning, Catastrophic Case
Management, Elder Care Management, Cost Projections, and Medical Bill Audits. Client list
includes Plaintiff/Defense Counsel, Insurance Companies, Private Employer Groups, Bank
Trustee's, and Private Families.

*Jordan Rehabilitation Services Inc.*     *1993- 1995*
*Westbury, NY*

Case Management Supervisor, directed a staff of Case Managers and Vocational Specialists
including hiring, training and evaluation of their performance in all phases of rehabilitation
and vocational services for client insurance companies. Preparation of in-depth reports for
insurance companies.

*Health Network Inc.*                     *1991 - 1993*
*Springfield, NJ*

Leadership role responsible for setting up an entire case management and auditing function
for the company.  Designed, developed and implemented all controls, forms, policies,
procedures, guidelines and protocols.  Recruited, supervised, monitored, evaluated and trained
a staff of seven RNs in case management and auditing.
Managed the Nursing Department and set up in-services, lectures and continuing education
programs.  Designed, developed and wrote an employee policy, protocols and procedures
manual.  Created, wrote and implemented a training manual detailing case management and
auditing methodology.  Introduced more efficient clerical systems and administrative
procedures.  Established new business opportunities by effectively marketing the company's
services to insurance carriers and attorneys.  Served as company resource person for
recruitment of external services, including home care.

Linda Lajterman, RN, CCM, CDMS, ABDA, CLCP
Page 3

*World Wide Rehabilitation Consultants Inc.*      *1990- 1991*
*Lansdale, PA*

Directed highly skilled, competent case management services for catastrophically injured motor vehicle accident victims.  Orchestrated and mobilized rehabilitation resources working collaboratively with physicians, physical therapists, home health care aides, pharmacists, mobility equipment suppliers and community health care groups to ensure cost effective implementation of the patient care plan.
Trained in Utilization Review and Auditing Practices.


# C L I N I C A L   E X P E R I E N C E (1979 - 1990)

**GOOD SAMARITAN HOSPITAL**
Suffern, NY
Staff Registered Nurse, Pediatrics and Medical/Surgical

**BARNERT MEMORIAL HOSPITAL**
Paterson, NJ
Staff Registered Nurse, Pediatrics

**ESSEX WEIGHT LOSS CENTERS**
Paramus, NJ
Health and Nutrition Counseling (part-time position)

**PILGRIM MEDICAL GROUP**
Montclair, NJ
Staff Registered Nurse, Women's Health Clinic

**MEADOWLANDS HOSPITAL**
Secaucus, NJ
Staff Registered Nurse, Medical/Surgical

**PASSAIC GENERAL HOSPITAL**
Passaic, NJ
Staff Registered Nurse, Neonatal

# P R O F E S S I O N A L   A F F I L I A T I O N S

International Academy of Life Care Planners
International Association of Rehabilitations Professionals
American Board of Disability Analysts – Senior Disability Analyst
American Association of Legal Nurse Consultants
New Jersey Chapter of the AALNC - Founding Member and Chapter President 1997