# EXHIBIT A

**THE VESPI LAW FIRM, LLC**
*Attorneys at Law*

DAMON A. VESPI, NJ
JARED E. DRILL, NJ, NY, DC
SASHA C. INTRIAGO, NJ

July 20, 2022

**Via Email**

Mary Jane Dobbs, Esq.
Bressler Amery & Ross
325 Columbia Turnpike
Florham Park, N.J. 07932

Joseph S. Kavesh, Esq.
Kiernan Trebach, LLP
2001 UD Highway 46, Suite 502
Parsippany, N.J. 07054

James P. Ricciardi, Jr. Esq.
Fleischner Potash, LLP
1301 Highway 36
Hazlet, N.J. 07730

         **Re:**    **Serafin v. Schneider, et al.**
                 **Civil Action No. 2:21-cv-20429**

Dear Counsel,

Attached please find Plaintiff's Rule 26(A) Initial Disclosures and formal demand breakdown.

Thank you.

Very truly yours,
/s/ Damon A. Vespi
DAMON A. VESPI

DAV:jmk
Enc.
Cc: Christopher Maruca, Esq.

---

547 UNION BOULEVARD, SECOND FLOOR
TOTOWA, NEW JERSEY 07512
TEL: (973) 633-1000 | FAX: (973) 595-7100
www.vespilegal.com

10 ROCKEFELLER PLAZA
SUITE 1015
NEW YORK, NEW YORK 10020

*PLEASE REPLY TO TOTOWA*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD K. SERAFIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>THOMAS D. BROWN, SCHNEIDER NATIONAL CARRIERS, INC., ALLEN R. ENGLISH, ENGLISH TRUCKING, HERITAGE MOTOR FREIGHT, INC., CALDER J. GLASEBROOK<br><br>Defendant(s). | Civil Action No. 2:21-cv-20429- ES-CLW |

## PLAINTIFF'S RULE 26(A) INITIAL DISCLOSURES

Plaintiff Ronald Serafin serves these initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff reserves his right to supplement these Initial Disclosures. By identifying certain individuals and categories of documents, Plaintiff does not waive, or intend to waive, but on the contrary, preserve and intend to preserve, all information and documents that are subject to the attorney-client privilege, the work product doctrine, and any other privilege available under federal or state statutory, constitutional, or common law.

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support their claims and defenses.**

   **RESPONSE:**

   a. Ronald Serafin
      <u>Contact Information</u>:
      32 Major Street
      Clifton, N.J. 07013
      <u>Subject of Information:</u> Plaintiff

   b. Carla Loaiza, PT, DPT
      <u>Contact Information</u>:
      AllCare Health Associates

      458 Union Boulevard
      Totowa, N.J. 07512
      Subject of Information: Treating Doctor

c. Joshua Rovner, M.D.
   Contact Information:
   Progressive Spine & Orthopaedics
   440 Curry Avenue, Suite A
   Englewood, N.J. 07631
   Subject of Information: Treating Doctor

d. Deepan Patel, M.D./Neil Sinha, M.D.
   Contact Information:
   Garden State Pain Control Center
   1117 Route 46 East, Suite 301
   Clifton, N.J. 07013
   Subject of Information: Treating Doctor

e. Paramus MRI
   Contact Information:
   30 West Century Road, Suite 100
   Paramus, N.J. 07652
   Subject of Information: Diagnostic Testing

f. McBride Imaging
   Contact Information:
   1167 McBride Avenue, Suite 3
   Woodland Park, N.J. 07424
   Subject of Information: Diagnostic Testing

g. New Jersey Imaging Network - Clifton
   Contact Information:
   1339 Broad Street
   Clifton, N.J. 07013
   Subject of Information: Diagnostic Testing

h. Redi Diagnostics Corp
   Contact Information:
   One Broadway
   Elmwood Park, N.J. 07407
   Subject of Information: Diagnostic Testing

i. Thomas D. Brown/Schneider National Carriers, Inc.
   Contact Information: c/o Bressler, Amery & Ross, P.C.
   Subject of Information: Defendants

    j.    Allen R. English/English Trucking/Heritage Motor Freight, Inc.
          Contact Information: c/o Fleischner Potash, LLP
          Subject of Information: Defendants

    k.    Calder Glasbrook
          Contact Information: c/o Kiernan Trebach, LLP
          Subject of Information: Defendant

**2.** **A copy, or description by category and location, of all documents, electronically stored information, and tangible things in Plaintiff's possession, custody, or control it may use to support their claims or defenses.**

    **RESPONSE:**

    a)    See attached Traffic Crash Report and Narrative

    b)    See attached diagnostic reports from Redi Diagnostics Corp (MRI cervical/lumbar spine 1/28/20), Paramus MRI (right shoulder, left shoulder, right knee, left knee 5/21/20), Garden State Pain Control Center (EMG/NCS Test 2/11/20), Paramus MRI (lumbar spine 1/5/21, cervical spine 9/9/21)

    c)    See attached operative reports of Garden State Pain Control (6/4/20, 6/11/20, 6/18/20, 6/25/20, 5/19/22, 5/26/22), Clifton Surgery Center (2/28/20, 3/13/20, 6/8/20, 7/10/20, 7/15/20, 6/16/21, 2/28/22, 4/8/22, 5/11/22), Hudson Regional Hospital (9/9/20, 1/29/21, 11/17/21);

    d)    See attached medical bills.

**3.** **A computation of each category of damages claimed by Plaintiff's.**

    **RESPONSE:**

Plaintiff seeks damages in the following categories: (a) pain and suffering, medical bills and other expenses, (b) interest, and (c) such other relief the Court deems equitable and fair. **$8.835 Million**

**4.** **Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment or to indemnify or reimburse for payments made to satisfy the judgment.**

3

**RESPONSE:**

Unknown.

5. **The identity of any witness who may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.**

**RESPONSE:**

All medical care providers listed in number 1 may be called as witnesses at the time. Additionally, any liability experts that provide a report, may also be called as witnesses at the time of trial. Plaintiff reserves the right to timely supplement this disclosure should such experts be retained in the future.

\* \* \*

Plaintiff specifically reserves the right to amend, modify, alter, supplement, and/or otherwise change the disclosures herein prior to trial of any case. These disclosures are made without any waiver of rights and defenses.

                                                                           **THE VESPI LAW FIRM, LLC**

BY: _____
                                                    Damon A. Vespi
                                                    547 Union Blvd.
                                                    Totowa, NJ 07512
                                                    973-634-0292
                                                    *Attorneys for Plaintiff*

Dated: July 20, 2022

4

**EXHIBIT B**

April 12, 2023

The Vespi Law Firm, LLC
361 Union Boulevard
Totowa, NJ 07512

Patient:     Ronald Serafin
DOB:         09/24/1984
DOA:         12/18/2019

**SUPPLEMENTAL NARRATIVE REPORT**

Dear Mr. Damon A. Vespi, Esq:

The following is a supplemental narrative report on my narrative report, dated 03/17/23, for my patient, Ronald Serafin, and my opinion since I saw him last on June 6, 2022.

Due to continued pain and objective findings, Mr. Serafin followed-up with Dr. Neil Sinha, his pain management physician, and recently had been the recipient of epidural injection and underwent the implementation of a trial spinal cord stimulator. Patient responded favorably to the trial. He was then referred to a psychiatrist for evaluation and had completed his physiological profile. Following this, Mr. Serafin is now scheduled for the implantation of the permanent spinal cord stimulator on May 1, 2023. I will be doing the implant procedure with Dr. Sinha.

Patient still has ongoing medical treatment. Once he had some time to recover from the spinal cord stimulator implant, I will see the patient for a post operative re-evaluation for a final opinion as to the degree of permanency of his injuries.

My narrative report of 03/17/23 remains unchanged and injuries stated therein are permanent in nature.

Sincerely,


Joshua S. Rovner, M.D.

JSR/ln