PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RONALD K. SERAFIN, ) | |
| ) | CASE NO.  4:22-CV-0467 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| THOMAS D. BROWN, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | |

On October 27, 2023, Plaintiff's counsel notified the Court in the above-captioned matter that the parties have reached a settlement.  Therefore, the docket shall be marked "settled and dismissed without prejudice."  On or before November 27, 2023, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management and trial dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| October 27, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |