Approved.
/s/ *Benita Y. Pearson* on 12/13/2023
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **RONALD K. SERAFIN,** | ) | CASE NO.  4:22-CV-467 |
| | ) | |
| **Plaintiff,** | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL ENTRY** |
| **THOMAS D. BROWN,** *et. al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

The Parties, by and through undersigned counsel, hereby stipulate that all claims herein are settled and are hereby dismissed, with prejudice, each party to pay their own costs. The Court may enter an order accordingly.

                                              Respectfully submitted,

| | |
|---|---|
| */s/Damon A. Vespi (by consent)* | */s/ Matthew A. Smartnick* |
| **Damon A. Vespi (NJ 025991998)** | **TIMOTHY P. ROTH (0064146)** |
| The Vespi Law Firm, LLC | **MATTHEW A. SMARTNICK (0096932)** |
| 547 Union Boulevard | **GALLAGHER SHARP LLP** |
| Totowa, New Jersey 07512 | 1215 Superior Avenue, 7th Floor |
| Telephone : (973) 633-1000 | Cleveland, Ohio  44114 |
| Facsimile : (973) 595-7100 | (216) 241-5310 Telephone |
| dvespi@vespilaw.com | (216) 241-1608 Facsimile |
| | troth@gallaghersharp.com |
| | msmartnick@gallaghersharp.com |
| **Terry H. Gilbert (0021948)** | *Attorneys for Defendants Thomas D. Brown and* |
| Friedman, Gilbert, and Gerhardstein | *Schneider National Carriers, Inc.* |
| 50 Public Square, Suite 1900 | |
| Cleveland, Ohio 44113 | |
| Telephone: (216) 241-1430 | |
| Facsimile: (216) 621-0427 | |
| Email: terry@FGGfirm.com | |

**Jamie R. Lebovitz (0025000)**
**Jordan D. Lebovitz (0091247)**
Nurenberg, Paris, Heller & McCarthy Co., L.P.A.
600 Superior Avenue E., Suite 1200
Cleveland, Ohio 44114
Telephone: (216) 694-5220
Facsimile: (216) 771-2242
Email: jlebovitz@nphm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2023 the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic and/or regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/*Matthew A. Smartnick
**TIMOTHY P. ROTH (0064146)**
**MATTHEW A. SMARTNICK (0096932)**
**GALLAGHER SHARP LLP**
*Attorneys for Defendants Thomas D. Brown and Schneider National Carriers, Inc.*